UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Leslie P. Pal,

    Plaintiff,

        v.                      Case No.   1:13cv615

Federal Bureau of Investigation,            Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 9, 2013 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 4) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** The Plaintiff's Complaint (Doc. 3) is **DISMISSED** for failure to state a claim consistent with the Report and Recommendation (Doc. 4) by the Magistrate Judge. Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied. Plaintiff is permitted to apply to proceed *in forma pauperis* in the Court of Appeals.

    **IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*
                                            Michael R. Barrett
                                            United States District Judge